**United States District Court**
**Southern District of Ohio**
**Western Division**

STEPAHNIE DEBRULER,
on behalf of E.D., a minor,

    Plaintiff,                                                  Case No. 1:12-cv-127

    vs.                                                           Spiegel, J.
                                                                  Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

For good cause shown, the undersigned **RECOMMENDS** that the parties' joint request for a sentence four remand (Doc. 15) be **GRANTED** and this case be **TERMINATED UPON THE DOCKET** by entry of judgment pursuant to Federal Rule of Civil Procedure 58.

The undersigned **FURTHER RECOMMENDS** that, pursuant to the parties' joint request, upon remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

                                                               *s/ Stephanie K. Bowman*
                                                               Stephanie K. Bowman
                                                               United States Magistrate Judge

# United States District Court
# Southern District of Ohio
# Western Division

STEPAHNIE DEBRULER,
on behalf of E.D., a minor,

    Plaintiff,                                               Case No. 1:12-cv-127

    vs.                                                        Spiegel, J.
                                                                   Bowman, M.J.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).