UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
STEPHANIE DEBRULER, o/b/o    :
E.B.,                        :    NO. 1:12-CV-00127
                             :
      Plaintiff,             :
                             :
                             :    OPINION & ORDER
   v.                        :
                             :
                             :
COMMISSIONER OF SOCIAL       :
SECURITY,                    :

      Defendant.
```

This matter is before the Court on the Magistrate Judge's Report and Recommendation, in which she recommends that the parties' joint request for a remand pursuant to sentence four of 42 U.S.C. §405(g) be granted (doc. 16).

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 16) in all respects. The Court thus REMANDS the case under sentence four of 42 U.S.C. § 405(g) and ORDERS that the Appeals Council vacate the Administrative Law Judge's decision in this matter and the Commissioner conduct further proceedings and will develop the administrative record as needed to determine whether Plaintiff E.D. is disabled within the meaning of the Social Security Act. Accordingly, this case

1

is hereby TERMINATED from the Court's docket.

   SO ORDERED.

Dated:   December 18, 2012    s/S. Arthur Spiegel_____
                                             S. Arthur Spiegel
                                             United States Senior District Judge